1    JOSEPH SCHLESINGER, Bar #87692
     Acting Federal Defender
2    CHARLES J. LEE, Bar #221057
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    Adam Lopez-Arredondo

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    No. 1:12-cr-0368 AWI
                                        )
12            *Plaintiff,*              )    STIPULATION AND  ORDER TO ADVANCE
                                        )    STATUS CONFERENCE
13      v.                              )
                                        )    DATE:    April 8, 2013
14   ADAM LOPEZ-ARREDONDO,              )    TIME:    10:00 A.M.
                                        )    JUDGE: Hon. Anthony W. Ishii
15            *Defendant.*              )
                                        )
     _____  )
16

17            **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18   counsel that the status conference in the above-captioned matter now set for April 22, 2013, **may be**

19   **advanced to April 8, 2013 at 10:00 A.M.**

20            This advancement of the court date is at the request of the defense as the parties have reached a

21   resolution in this case and Mr. Lopez-Arredondo wishes to enter his plea and be sentenced as soon as

22   possible.  The U.S. Probation Office is agreeable to the advancement.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

     Lopez-Arredondo - Stipulation to Advance
     Status Conference

1   BENJAMIN B. WAGNER
    United States Attorney

2

DATED: April 3, 2013                    By:   /s/ *Mia A. Giacomazzi*
3                                             MIA A. GIACOMAZZI
                                              Assistant United States Attorney
4                                             Attorney for Plaintiff

5                                             JOSEPH SCHLESINGER
                                              Acting Federal Defender

6

DATED: April 3, 2013                    By:   /s/ *Charles J. Lee*
7                                             CHARLES J. LEE
                                              Assistant Federal Defender
8                                             Attorney for Defendant
                                              ADAM LOPEZ-ARREDONDO

9

10

11

12

13                              **O R D E R**

14   IT IS SO ORDERED.

15

Dated:    April 3, 2013

16                              _____
                               SENIOR  DISTRICT  JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Lopez-Arredondo - Stipulation to Advance
Status Conference                              2